ARTHUR F. SIMONSON, Respondent, *v.* LOUIS P. MENDHAM et al., Appellants.

*Simonson* v. *Mendham,* 115 App. Div. 882, affirmed.
(Submitted October 30, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for a loss alleged to have been sustained by plaintiff's assignor through the failure of the defendants, a firm of stock brokers, to execute certain orders and instructions relative to the sale of stocks.

*Arthur Ofner* and *Frank Acer* for appellants.

*Albert A. Wray* and *Stephen Callaghan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.